**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| QUACY TOM WRIGHT, | : | |
| Petitioner, | : | |
| vs. | : | CRIMINAL NO. 07-00079-CG |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE and ORDERED** this 30th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE