# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **QUACY TOM WRIGHT,** | : | |
| Petitioner, | : | |
| vs. | : | **CRIMINAL NO. 07-00079-CG** |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 30th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE