IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUACY TOM WRIGHT, ) | |
| ) | |
| Petitioner, ) | |
| ) | CRIMINAL NO. 07-00079-CG-N |
| vs. ) | CIVIL ACTION 23-0445-CG-N |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge (Doc. 106) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Quacy Tom Wright's motion to correct the record (Doc. 103) is **GRANTED** and that his filing dated November 22, 2023 (Doc. 102) is construed as a petition seeking a writ of error coram nobis under the All Writs Act, 28 U.S.C. § 1651. So construed, his petition (Doc. 102) is **DISMISSED with prejudice**. Accordingly, his motion to compel discovery (Doc. 105) is **DENIED as moot**.

**DONE** and **ORDERED** this 6th day of May, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE